# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **BARBARA COWDIN,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **SEARS, ROEBUCK & COMPANY, et al.,** ) <br> ) <br> **Defendants.** ) <br> _____) | **CIVIL ACTION** <br><br> **No. 04-2045-KHV** |

## ORDER

This matter comes before the Court on Plaintiff Barbara Cowdin's Motion For Dismissal Of Claims Against Separate Defendant Sears, Roebuck & Company With Prejudice (Doc. #129) filed November 11, 2005. Plaintiff seeks to dismiss her claims against Sears, Roebuck & Company ("Sears") pursuant to Rule 41, Fed. R. Civ. P. Sears does not object. The interests of justice are best served by sustaining the motion. The Court therefore dismisses Sears from this action.

**IT IS THEREFORE ORDERED** that Plaintiff Barbara Cowdin's Motion For Dismissal Of Claims Against Separate Defendant Sears, Roebuck & Company With Prejudice (Doc. #129) filed November 11, 2005 be and hereby is **SUSTAINED**. The Court dismisses with prejudice all of plaintiff's claims against Sears. This dismissal has no effect on plaintiff's remaining claims against other parties or other pending motions to dismiss.

Dated this 1st day of December, 2005 at Kansas City, Kansas.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Judge