# UNITED STATES DISTRICT COURT

# DISTRICT OF KANSAS

### JUDGMENT IN A CIVIL CASE

**BARBARA COWDIN**

**v.**                                                                                                     **CIVIL NO. 04-2045-KHV**

**SANYO NORTH AMERICA CORPORATION,**
**SANYO FISHER COMPANY, and**
**SANYO INDUSTRIES SINGAPORE PTE LTD.**

( )  **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

( X )  **DECISION BY THE COURT.**  This action came to decision by the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** pursuant to the Memorandum And Order (Doc. #146) and Plaintiff Barbara Cowdin's Consent To Conditions Imposed By The Court Regarding Her Motion For Dismissal Without Prejudice (Doc. #147), Plaintiff's Motion For Dismissal Without Prejudice (Doc. #118) is SUSTAINED.  Plaintiff's claims against defendants Sanyo North America Corporation, Sanyo Fisher Company and Sanyo Industries Singapore PTE, LTD. are dismissed without prejudice.

**Dated:  January 11, 2006**                  **RALPH L. DeLOACH, CLERK**

                                                                                              **s/ Linda South**
                                                                                               **Linda South, Deputy Clerk**